

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00019-CV

CITY OF THE COLONY, TEXAS                                APPELLANT

V.

BRAZOS ELECTRIC POWER                                   APPELLEE
COOPERATIVE, INC.

-----------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 16-06424-16

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Unopposed Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: SUDDERTH, C.J.; KERR and PITTMAN, JJ.

DELIVERED: May 3, 2018

---

[1]*See* Tex. R. App. P. 47.4.